IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DOMINIC R. MARSHALL; ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 07-309-HU |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WELLS CAPITAL MANAGEMENT | ) | |
| INCORPORATED, a California corporation; | ) | |
| ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

Linda L. Marshall
PMB 408
3 Monroe Parkway, Suite P
Lake Oswego, OR  97035

  Attorney for Plaintiffs

Paul M. Ostroff
LANE POWELL, PC
601 S.W. Second Avenue, Suite 2100
Portland, OR  97204-3158

  Attorney for Defendants

JONES, Judge:

Magistrate Judge Dennis James Hubel filed Findings and Recommendation (#29) on November 28, 2007, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings <u>de</u> <u>novo</u> review. <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#29) dated November 28, 2007, in its entirety. Defendant's motion (#6) to dismiss plaintiffs' first, second, third, fifth, seventh, eighth, and ninth claims is granted, and that dismissal is with prejudice for all claims.

IT IS SO ORDERED.

DATED this 19th day of December, 2007.

/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge

2 - ORDER