Paul M. Ostroff, OSB No. 95473
ostroffp@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants
    Wells Capital Management Incorporated,
    Wells Fargo & Company, and Mark Cooper

FILED'08 APR 28 15:52 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DOMINIC R. MARSHALL** and **RYAN C. CURDY**, | CV No. 07-CV-309 HU |
| Plaintiffs, | STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | Pursuant to Fed. R. Civ. P. 41(a)(1) |
| **WELLS CAPITAL MANAGEMENT INCORPORATED**, a California corporation, **WELLS FARGO & COMPANY**, a Delaware corporation, and **MARK COOPER**, a citizen of the state of Oregon, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this case with prejudice and

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

without costs or other award to any party.

IT IS SO STIPULATED:

|  | **LANE POWELL PC** |
|---|---|
| By /s/ Linda L. Marshall | By /s/ Paul M. Ostroff |
| Linda L. Marshall, OSB No. 83279 | Paul M. Ostroff, OSB No. 95473 |
| Telephone: 503.699.2082 | Telephone: 503.778.2100 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated 4-13-08 | Dated 4/21/08 |

Based on the Stipulated Judgment of Dismissal of the parties, and good cause appearing,

IT IS SO ORDERED.

/s/ Marsh
~~DENNIS J. HUBEL~~
U.S. District Court Judge
4/28/08

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE